# EXHIBIT B



| BREAKERS UNLIMITED | BREAKERS UNLIMITED, CO | BREAKERS UNLIMITED, GA | BREAKERS UNLIMITED, CA | BREAKERS UNLIMITED, TX |
|---|---|---|---|---|
| 15241 Stony Creek Way<br>Noblesville, IN 46060<br>Toll Free:(800) 875-3294 | 5905 Lamar Street<br>Arvada, CO 00003<br>Toll Free:(800) 227-5731 | 100 Petty Road, Suite F<br>Lawrenceville, GA 30043<br>Toll Free:(888) 237-8923 | 5880 District Boulevard, Suite 18<br>Bakersfield, CA 93313<br>Toll Free:(877) 232-8732 | 12821 Duncan Road, Suite A<br>Houston, TX 77066<br>Toll Free:(800) 875-3294 |

*A NATIONWIDE PRODUCT NETWORK TO BETTER SERVE YOUR NEEDS*

**SHIP / TR / INVOICE NUMBER**
1415095-01

**CUSTOMER CODE**
MAI900

800-981-7097

BILL TO: MAINE CIRCUIT BREAKER
P.O. BOX 959
BANGOR  ME  04402-0959

SHIP TO: MAINE CIRCUIT BREAKER INC
111 EASTWOOD ROAD
TEN MILE  TN  37880

CUSTOMER P.O. NO.  12631T

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1415095-01 | 100 | 05/22/07 | 180 | 12631T | 05/22/07 |

INSTRUCTIONS: G

FRT: P    PAGE NO: 1

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | 015<br>1P-15A-120VAC | EA | 31.24 | 31.24 |
| 2 | | 2 | * | 2P60<br>2P-60A-240VAC | EA | 69.45 | 138.90 |
| 1 | | 1 | * | BQ220220<br>QUAD 20A/20A 240VAC | EA | 18.00 | 18.00 |
| 1 | | 1 | * | BQ230240<br>QUAD 30A/40A 240VAC | EA | 18.00 | 18.00 |
| 1 | | 1 | * | EHB34050<br>3P-50A-480VAC | EA | 280.00 | 280.00 |
| 1 | | 1 | * | EHB34060<br>3P-60A-480VAC | EA | 280.00 | 280.00 |
| 10 | | 10 | * | P120<br>1P-20A-120VAC | EA | 15.00 | 150.00 |
| 50 | | 50 | * | QO115<br>1P-15A-120VAC | EA | 4.60 | 230.00 |
| 200 | | 200 | * | QO120<br>1P-20A-120VAC | EA | 4.60 | 920.00 |
| 1 | | 1 | * | QOM100VH<br>2P-100A-240VAC | EA | 50.00 | 50.00 |
| 1 | | 1 | * | QOU260<br>2P-60A-240VAC | EA | 24.00 | 24.00 |
| 5 | | 5 | * | THQL2150<br>2P-50A-240VAC | EA | 7.00 | 35.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THANK YOU FOR YOUR PURCHASE
YOUR UPS TRACKING NUMBER

FREIGHT IN    FREIGHT OUT

SUB TOTAL
MISC. CHARGE
TELE. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT REC'D    CONTINUED

Please Remit Payment To: **Breakers Unlimited**
15241 Stony Creek Way
Noblesville IN 46060

**EXHIBIT B**  2175.14