EXHIBIT C



# Invoice

INVOICE # 513229

PBC SUPPLY,LP
2216B Rutland.Drive
Austin, TX 78758
Phone: 512-834-1011
Fax : 512-834-1012
Internet: www.pioneerbreaker.com
Email : sales@pioneerbreaker.com

| BILL TO: | SHIP TO: |
|---|---|
| BREAKERS UNLIMITED INC.<br>15241 STONY CREEK WAY<br>NOBLESVILLE, IN 46060<br>USA<br>TEL #: 800-875-3294<br>FAX #: 317-773-9867 | BREAKERS UNLIMITED INC.<br>15241 STONY CREEK WAY<br>NOBLESVILLE, IN 46060<br>USA<br>P.O.#: VERBAL-JOE |

ATTN: DOUG / JOE
P.O.#: VERBAL-JOE

| Customer Order No. | Terms | Ship Via | Order No. | Order Date | Page |
|---|---|---|---|---|---|
| VERBAL-JOE | NET 30 DAYS | BEST WAY | 0017787 | 01/03/2006 | 1 |
| FOB | Ship Date | Date Wanted | SalesRep | | |
| Origin | 01/03/2006 | 01/04/2006 | TAMAS TOLDY | | |

| Line # | Part # and Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 001 | QO2020N<br>20A 20A 120V PLUG IN NEW SURPL | 33600 | 16.00000 EA<br>15.00 | $537,600.00<br>504,000.00 |

SUB-TOTAL: $537,600.00  SHIP & HNDING: 0.00  TAX: 0.00

GRAND TOTAL: 504,000.00 ~~$537,600.00~~