

**EXHIBIT 3**

# North American Breaker Co., Inc.

7236 Varna Avenue
North Hollywood, CA 91605
(818) 982-4935
(818) 982-1102 fax



# Purchase Order

| DATE | P.O. NO. |
|------|----------|
| 2/10/2005 | 14347 |

**Vendor**

LATIN AMERICAN INVESTMENT
13155 SW 42ND ST. SUITE #108
MIAMI, FL 33175
P-305-229-7224
F-305-229-4937,DAVE CELL-786-282-6012

**SHIP TO**

NORTH AMERICAN BREAKER CO
7236 VARNA AVE
NORTH HOLLYWOOD CA 91605

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| QO215-NS | + .20 PER BREAKER TO DAVE LEVY. | 500 | 7.38 | 3,690.00 |
| QO220-NS | | 4,000 | 7.38 | 29,520.00 |
| QO225-NS | | 150 | 7.38 | 1,107.00 |
| QO230-NS | *APPROXIMATE DELIVERY DATE IS 05/20/05.* | 7,200 | 7.38 | 53,136.00 |
| QO235-NS | | 150 | 7.38 | 1,107.00 |
| QO240-NS | **SAME TERMS APPLY FOR THIS ORDER AS OUR PO# 14345** | 1,600 | 7.38 | 11,808.00 |
| QO250-NS | | 2,200 | 7.38 | 16,236.00 |
| QO260-NS | | 2,200 | 7.38 | 16,236.00 |
| QO1515-NS | +.10 CENTS PER BREAKER FOR DAVE LEVY ON TWINS. | 6,000 | 12.00 | 72,000.00 |
| QO2020-NS | TRY AND GET QO1520, QO2030 AND QO3030. | 44,000 | 12.00 | $28,000.00 |
| | ORDERED BY DAVE GARDEN** | | | |

Fax: (818) 982-1102
Call: (818) 982-4935  or
Email: breakerdg1@aol.com

## With Confirmation of This Correspondence! ASAP!

**PLEASE CONFIRM RECEIPT OF THIS ORDER VIA FAX/PHONE, AS SOON AS POSSIBLE.**

| Total | $732,840.00 |
|-------|-------------|

LAIG-006

SQD-BU-000651

**EXHIBIT 3**

Latin American Investment Group, LLC.

13155 SW 42nd Street, Suite # 108
Miami, FL 33175

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 6/28/2005 | 2005213 |

| Vendor |
|--------|
| Jiangxi Sunhong Electric Co.<br>12/F Trading Building, 267 Renmin Road<br>Zhuji Zhej<br>Zhejiang, China |

| Ship To |
|---------|
| Latin American Investment Group, LLC. |

| Other1 | Terms | Due Date | Ship Via | FOB |
|--------|-------|----------|----------|-----|
|  | Letter of Credit | 6/28/2005 | Ocean | Shanghai |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| QO-2020 | 20 Amp Tandem Plug in Circuit Breakers | 16,000 | 1.25 | 20,000.00 |
|  |  |  | **Total** | $20,000.00 |

| Phone # | Fax # |
|---------|-------|
| 305-229-5132 | 305-229-4937 |

**SQD-BU-000658**

LAIG-004

# Invoice

**Latin American Investment Group, LLC.**

13155 SW 42nd Street, Suite # 108
Miami, FL 33175

| Date | Invoice # |
|---|---|
| 9/8/2005 | 20053115 |

| Bill To |
|---|
| North American Breakers |
| 7236 Varna Avenue |
| North Hollywood, CA. 91605 |

| Ship To |
|---|
| North American Breakers |
| 7236 Varna Avenue |
| North Hollywood, CA. 91605 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 14347/15626 | Wire Transfer | DL | 9/8/2005 | Conway | Miami | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 16,000 | QO-2020 | 20 Amp Tandem Plug in Circuit Breakers | 12.10 | 193,600.00 |
| 20 | QO1151021 | QO1151021 SP120/240V-15A CB | 33.00 | 660.00 |
| 150 | QO1201021 | QO1201021 SP-120/240V-20A CB | 33.00 | 4,950.00 |
| 25 | qo2201201 | QO 220-1021 2P-120/240V-20A CB | 40.00 | 1,000.00 |
| 25 | qo2301021 | QO2301021 2P-120/240V-30A CB | 40.00 | 1,000.00 |
| 25 | qo2401021 | QO2401021 2P-120/240V-40A CB | 40.00 | 1,000.00 |
| 25 | qo2501021 | QO2501021 2P-120V/240V 50A CB | 40.00 | 1,000.00 |
| 25 | qo2601021 | QO2601021 2P-120V/240V 60A | 40.00 | 1,000.00 |
| 200 | QO-2020 | 20 Amp Tandem Plug in Circuit Breakers Note: These were short from original order. | 0.00 | 0.00 |
| 120 | QO-120 | QO-120 SQ-D 20A | 0.00 | 0.00 |
| 115 | QO115 | QO-115 SQ-D 15A Note: These to be replaced at no charge. | 0.00 | 0.00 |

*[handwritten]* From #1 (QO2020) from CHINA

*[handwritten]* Balance from Auth SQ-D Dist.

We not authorized distributors of any of the above manufacturers.

1,210.00

LAIG-002

SQD-BU-001832



NORTH AMERICAN BREAKER COMPANY, INC.

7236 Varna Avenue
North Hollywood, CA 91605
(818) 982-4935 Fax:(818) 982-1102

AMERICA'S #1 CIRCUIT BREAKER SPECIALIST

# Invoice

| INVOICE DATE | INVOICE # |
|---|---|
| 9/16/2005 | 192696 |

**BILL TO**

BREAKERS UNLIMITED
15241 STONY CREEK WAY
NOBLESVILLE, IN 46060

**SHIP TO**

BREAKERS UNLIMITED
15241 STONY CREEK WAY
NOBLESVILLE, IN 46060

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIPPED VIA | BUYER | SALESPERSON |
|---|---|---|---|---|---|---|
| 1014101 | Net 30 | NAB | 9/16/2005 | OVERNIGHT ... | JOE | DG |

| QUANTITY | ITEM CODE | UNIT PRICE | QTY SHIPPED | QTY B/O | EXTENSION |
|---|---|---|---|---|---|
| 1000 | QO2020-NS | | 11,000 | 0 | |

SHIP FRT. COLLECT
VIA OVERNIGHT
THROUGH
Q LOGISTICS**

**REDACTED**

TRACK your order ONLINE at www.nabreaker.com. Enter your EXACT
) number or our Invoice number.

| Total | REDACTED |
|---|---|

*E SHIP UNTIL 5:00 pm PST*
*REE GROUND SHIPPING*
*HREE-YEAR WARRANTY*

Pulled by (1):

Approved by (2):

Approved by (3):

Final Approval (4):  **SQD-BU-000648**

BU000042
CONFIDENTIAL