# EXHIBIT 3-X

# WILDMAN, HARROLD, ALLEN & DIXON LLP

225 West Wacker Drive, Chicago, Illinois 60606-1229
312-201-2000

Tax ID. No. 36-2615899

MR. STEPHEN LITCHFIELD
SQUARE D COMPANY - SCHNEIDER GROUP
1415 SOUTH ROSELLE ROAD
PALATINE, IL 60067

AUGUST 6, 2009
INVOICE NO. 404960

FILE NO. S8895.00082

IN THE MATTER OF:

SQUARE D. V. BREAKERS UNLIMITED

INTERIM STATEMENT FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2009

| DATE | INITIALS | HOURS | DESCRIPTION |
|---|---|---|---|
| 7/2/09 | JBV | 2.50 | Further review and analysis of invoices and preparation of declaration in support of petition for attorneys fees. |
| 7/6/09 | JBV | 3.50 | Further preparation of declaration in support of petition for attorneys fees on breach of settlement agreement claim. |
| 7/7/09 | JBV | 3.60 | Prepare motion for entry of judgment and award of attorney's fees on breach of contract claim; revisions to affidavit in support of assessment of fees; prepare affidavit of John Holthaus regarding reasonableness of hourly rates. |
| 7/8/09 | JBV | 4.50 | Further preparation of motion for attorney's fees and revisions to supporting affidavits. |
| 7/9/09 | JBV | 3.80 | Final revisions to affidavits in support of motion for attorney's fees (.90); telephonic appearance for status conference before Judge Lawrence; outline and prepare motion in support of statutory damages. |

# WILDMAN, HARROLD, ALLEN & DIXON LLP

SQUARE D. V. BREAKERS UNLIMITED

FILE NO. S8895.00082

AUGUST 6, 2009
INVOICE NO. 404960

PAGE 2

| DATE | INITIALS | HOURS | DESCRIPTION |

# WILDMAN, HARROLD, ALLEN & DIXON LLP

SQUARE D. V. BREAKERS UNLIMITED

FILE NO. S8895.00082

AUGUST 6, 2009
INVOICE NO. 404960

PAGE 3

| DATE | INITIALS | HOURS | DESCRIPTION |
|------|----------|-------|-------------|

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| KATHLEEN A. MURPHY | | $190.00 = | |
| TIM E. WALKER | | $325.00 = | |
| BRIAN W. LEWIS | | $510.00 = | |
| JAMES B. VOGTS | | $510.00 = | |

**CURRENT FEES**

**5% DISCOUNT**